ERIE RAILROAD COMPANY, Appellant, v. LINCOLN ENGINEERING CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, Appellant, v. LINCOLN ENGINEERING CORPORATION and Others, Respondents.— Judgment

affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.